IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, ACTING BY AND THROUGH ITS Department of Parks and Recreation, et al.,

    Defendants.

No. C 14-01781 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **GRANTS** the parties' request to continue the case management conference to **AUGUST 21, 2014, AT 11:00 A.M.**  A joint case management statement is due at least seven days prior.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: July 16, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE