IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 14-01781 WHA |
| v. | |
| 1.41 ACRES OF LAND, et al., | **REQUEST RE ORAL ARGUMENT** |
| Defendants. | |

If possible, counsel will please bring to tomorrow's oral argument a large blow-up, color-coded map of the various items in play (*e.g.*, Neptune Pointe, Alameda Federal Center, Crown Beach, McKay Avenue, and easements).

Dated: November 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE