IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, acting by and through its Department of Parks and Recreation, and the EAST BAY REGIONAL PARK DISTRICT,<br><br>    Defendants.<br>                                          / | No. C 14-01781 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE** |

       Pursuant to defendant's letter dated February 13, 2015, the Court **SETS** a two-hour meet-and-confer in the Court's jury room in the San Francisco federal courthouse, located at 450 Golden Gate Avenue, starting from **9:00 A.M. AND CONTINUING TO 11:00 A.M. ON WEDNESDAY, FEBRUARY 25, 2015**. At **11:00 A.M.**, the Court shall hear any remaining issue(s) in Courtroom No. 8. Plaintiff's response is due by **NOON ON FEBRUARY 19**. Please buzz chambers at 9:00 a.m. on February 25 to be let into the Court's jury room.

       *Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.*

       **IT IS SO ORDERED.**

Dated: February 13, 2015.

                                                           WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE