1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

1.41 ACRES OF LAND, more or less, situated
in the City of Alameda, Alameda County, State
of California, and THE STATE OF
CALIFORNIA, acting by and through its
Department of Parks and Recreation, and the
EAST BAY REGIONAL PARK DISTRICT,

      Defendants.

_____/

No. C 14-01781 WHA

**ORDER SETTING
HEARING ON
DEFENDANT EAST
BAY REGIONAL
PARK DISTRICT'S
DISCOVERY DISPUTE**

      The Court has now received defendant East Bay Regional Park District's letter, dated
February 13, outlining its discovery dispute with plaintiff and hereby **SETS** a *second* two-hour
meet-and-confer in the Attorney's Lounge on the eighteenth floor in the San Francisco federal
courthouse, located at 450 Golden Gate Avenue, starting from **9:00 A.M. AND CONTINUING TO
11:00 A.M. ON WEDNESDAY, FEBRUARY 25, 2015**.  At **11:00 A.M.**, the Court shall hear any
remaining issue(s) in Courtroom No. 8.  Plaintiff's response is due by **NOON ON FEBRUARY 19**.
Please buzz chambers at 9:00 a.m. on February 25 *to check in* before meeting in the Attorney's
Lounge.  *Plaintiff shall please send enough lawyers to participate in both simultaneous
meet-and-confer sessions.*

      *Please note that only those lawyers who personally participate in the meet-and-confer in
the Court's jury room may be heard at the hearing.*

      **IT IS SO ORDERED.**

Dated:  February 17, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE