IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, acting by and through its Department of Parks and Recreation, and the EAST BAY REGIONAL PARK DISTRICT,

    Defendants.

No. C 14-01781 WHA

**ORDER RE STIPULATED PROTECTIVE ORDER**

    The United States filed a stipulated protective order and represented that "Entry of the Stipulated Protective Order will resolve the remaining issues raised by Defendants in the discovery letters filed on February 13, 2015." Thus, the April 7 discovery hearing should be vacated, it states (Dkt. No. 71). Defendants have until **MARCH 16 AT NOON**, to file a response. If defendants do not oppose vacating the April 7 hearing, then an order will approve the stipulated protective order (subject to the usual confidentiality caveat) and vacate the April 7 hearing. The summary judgment briefing deadlines and hearing date would proceed as scheduled.

    **IT IS SO ORDERED.**

Dated: March 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE