IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, acting by and through its Department of Parks and Recreation, and the EAST BAY REGIONAL PARK DISTRICT,<br><br>   Defendants.<br>                                                              / | No. C 14-01781 WHA<br><br>**ORDER CONSOLIDATING HEARING AND RE BRIEFING** |

Now pending are the parties' cross-motions for summary judgment. The May 14 hearing on the United States' motion for summary judgment is hereby consolidated with the June 4 hearing on defendants' cross-motion for summary judgment. Both motions will be heard on **JUNE 4 AT 8:00 A.M.** To streamline the briefing, please abide by the following deadlines and page limits.

   1. The United States' reply brief in support of its motion for summary judgment and opposition to defendants' cross-motion for summary judgment are due by **MAY 8 AT NOON**, and shall **NOT EXCEED TWENTY PAGES TOTAL**. Please file one consolidated brief (rather than a brief on April 30, and another brief on May 8).

   2. Defendants' reply brief in support of its cross-motion for summary judgment is due by **MAY 15 AT NOON**, and shall **NOT EXCEED TEN PAGES**.

   **IT IS SO ORDERED.**

Dated: April 27, 2015.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE