IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, acting by and through its Department of Parks and Recreation, and the EAST BAY REGIONAL PARK DISTRICT,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 14-01781 WHA<br><br>**ORDER DENYING SEALING MOTION** |

Defendants filed an administrative motion for leave to file under seal exhibits and portions of their cross-motion for summary judgment. The deadline to file a declaration in support of the sealing motion has elapsed. No declaration has been filed. No compelling reasons for sealing the proposed items has been proffered. *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Accordingly, defendants' sealing motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 30, 2015.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE