IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.41 ACRES OF LAND, more or less, situated in the City of Alameda, Alameda County, State of California, and THE STATE OF CALIFORNIA, acting by and through its Department of Parks and Recreation, and the EAST BAY REGIONAL PARK DISTRICT,

    Defendants.

No. C 14-01781 WHA

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT**

The United States has filed a letter requesting the court refer the parties to Judge Ryu for a settlement conference and asks to postpone the trial, which is currently scheduled for October 6, 2015. The parties are hereby referred to Judge Ryu for settlement, however, the trial schedule shall remain in place.

**IT IS SO ORDERED.**

Dated: August 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE