**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   UNITED STATES OF AMERICA,                     No. C 14-01781 WHA

11           Plaintiff,

12      v.                                          **ORDER RE MOTION FOR
                                                    LEAVE TO FILE MOTION FOR**
13   1.41 ACRES OF LAND, *et al.*,                  **RECONSIDERATION AND
                                                    STIPULATION REQUESTING**
14           Defendants.                            **SHORTENED TIME FOR
                                       /            BRIEFING SCHEDULE**
15

16          The United States seeks leave to file a motion for reconsideration of the Court's order on

17   its motion for summary judgment regarding just compensation in light of the fact that United

18   States has proffered a street-use easement and a parking easement to the State of California.  The

19   United States also argues that the Court's order was based on an error of law.  The parties have

20   stipulated to an abbreviated briefing and hearing schedule for the proposed motion for

21   reconsideration.  Both requests are hereby **GRANTED**.  Defendants' opposition is due on

22   **SEPTEMBER 21**, and the reply of the United States, if necessary is due on **SEPTEMBER 25**.  The

23   motion shall be heard on **SEPTEMBER 30**, in conjunction with the pre-trial conference already

24   scheduled for that date.

25

26          **IT IS SO ORDERED.**

27

28   Dated:  September 11, 2015.



                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE