IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1.41 ACRES OF LAND, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 14-01781 WHA<br><br>**ORDER RE REQUEST<br>FOR CLARIFICATION** |

    The United States seeks clarification of the Court's order, which granted leave to file a motion for reconsideration and shortened the briefing schedule for that motion, but not for the United States' "Motion for a Finding that the Conveyance of a Street Use and Parking Easement is the Reasonably Necessary Substitute Facility." The parties had stipulated to a shortened briefing schedule only as to the latter. The United States has indicated that it would prefer to have both motions briefed and heard simultaneously. By **SEPTEMBER 16 AT NOON**, both sides shall inform the Court whether they have any objections to hearing both motions on the abbreviated schedule.

    **IT IS SO ORDERED.**

Dated: September 15, 2015.

                                                WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE