IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1.41 ACRES OF LAND, *et al.*,<br><br>    Defendants. | No. C 14-01781 WHA<br><br>**ORDER SHORTENING SCHEDULE FOR SUBSTITUTE FACILITY MOTION** |

Both sides have filed statements indicating that they have no objection to briefing and hearing both the substitute facility motion and the motion for reconsideration on the same abbreviated schedule. Accordingly, defendants' oppositions to both motions are due on **SEPTEMBER 21**, and the replies of the United States, if necessary, are due on **SEPTEMBER 25**. Both motions shall be heard on **SEPTEMBER 30 AT 2:00 P.M.**, in conjunction with the pre-trial conference already scheduled for that date.

**IT IS SO ORDERED.**

Dated: September 16, 2015.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE