IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1.41 ACRES OF LAND, *et al.*,

    Defendants.

                                /

No. C 14-01781 WHA

**ORDER RE TRIAL DATE**

      The parties have filed a letter noting that they have scheduled an emergency settlement conference with Judge Ryu tomorrow. The final pretrial conference is scheduled for **WEDNESDAY, OCTOBER 21**, and trial is scheduled to begin on **MONDAY, OCTOBER 26**. No more extensions will be granted in this case. The case will either go to trial on Monday or it will be dismissed for lack of prosecution. The parties shall have their witnesses prepared to testify next week.

    **IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE