IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1.41 ACRES OF LAND *et al.*,

    Defendants.
                               /

No. C 14-01781 WHA

**ORDER VACATING FINAL PRETRIAL CONFERENCE**

    The parties have filed a stipulated final judgment (Dkt. No. 160). In light of that, the final pretrial conference scheduled for **OCTOBER 21 AT 8:00 A.M.** is hereby **VACATED**. An order on the stipulated final judgment will follow.

**IT IS SO ORDERED.**

Dated:   October 20, 2015.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE