United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                    No. C 14-01781 WHA

10           Plaintiff,

11     v.

12  1.41 ACRES OF LAND, more or less,           **NOTICE RE PROVISION**
   situated in the City of Alameda, Alameda     **VACATING PRIOR ORDER**
13  County, State of California, and THE
   STATE OF CALIFORNIA, acting by and
14  through its Department of Parks and
   Recreation, and the EAST BAY
15  REGIONAL PARK DISTRICT,

16           Defendants.

17  _____/

18        The parties' stipulated final judgment as to just compensation and order of distribution

19  included a provision that read, "The parties further stipulate and request that the Court vacate its

20  Order Denying Motion for Summary Judgment of the United States (ECF No. 113)."  This

21  district judge has consistently refused to erase rulings from the public records as part of a

22  settlement.  Once issued, an order and judgment of a United States District Court belong to the

23  public and are in the public domain.  They are not subject to being erased by settlement (except

24  in cases where the public interest so justifies).  To allow otherwise would allow all manner of

25  collusion and manipulation of the public records of our federal district court, especially by those

26  with enough money to buy collusion.  Accordingly, that provision was not included in the order

27  on the parties' stipulation.

28

Dated:   October 21, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE